AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**EASTERN** _____ DISTRICT OF _____ **VIRGINIA**

FILED

AUG - 1 2008

CLERK, U.S. ...

UNITED STATES OF AMERICA

**v.**

UNDER SEAL

## CRIMINAL COMPLAINT

**Tobechi Onwuhara,**
**a/k/a "T", Tobe**

CASE NUMBER: 1:08MJ598

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in or about **September 2007 to the present** in **the City of Alexandria**, in the

_____ **Eastern** _____ District of _____ **Virginia** _____ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally conspired to commit bank fraud**

in violation of Title _____ **18** _____ United States Code, Section(s) __1349__ .

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

AUSA -John Eisinger
Sworn to before me and subscribed in my presence,

**Michael Mail**
**Special Agent**
**Federal Bureau of Investigation**

__August 1, 2008_____ at __
Date

__The Honorable Barry R. Poretz_____ __
Name & Title of Judicial Officer

_____/s/_____
Barry R. Poretz
United States Magistrate Judge