AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
EASTERN   DISTRICT OF   VIRGINIA

UNITED STATES OF AMERICA

v.

**Tobechi Onwuhara**


UNDER SEAL

**WARRANT FOR ARREST**

CASE NUMBER:   1:08mj598

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **Tobechi Onwuhara**
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**COPY**

Conspiracy to Commit Bank Fraud

**FOR INVESTIGATIVE PURPOSES ONLY**

in violation of Title   18   United States Code, Section(s)   1349

_/s/_
Barry R. Poretz
United States Magistrate Judge

U.S. Magistrate Judge
Title of Issuing Officer

August 1, 2008 Alexandria, VA
Date and Location

Bail fixed at $ _____

By _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

5